IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SYED MOHAMMED IQTIDAR
HAIDER,

    Plaintiff,

v.                                  CASE NO. 1:10cv176-SPM/GRJ

TERRY D. JONES,

    Defendant.

_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated July 15, 2011 (doc. 17).  Plaintiff17has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 5) is ADOPTED and incorporated by reference in this order.

2.    This case is dismissed for lack of subject matter jurisdiction,

pursuant to Rule 12(h)(3) of the Federal Rules of Civil Procedure, and for failure to state a cause of action.

DONE AND ORDERED this 22nd day of August, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge